**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6414**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JEROME JOHNSON,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-90-3331-A)

_____

Submitted: July 8, 1999             Decided: July 15, 1999

_____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerome Johnson, Appellant Pro Se. Steven Barry Wasserman, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Andrew Levchuk, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The district court entered an order denying Johnson's 28 U.S.C.A. § 2255 (West Supp. 1999) motion on November 24, 1993. On January 14, 1999, Johnson moved for a "reinstatement of right to appeal." The district court denied the motion, and Johnson timely appealed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Johnson, No. CR-90-3331-A (E.D. Va. Jan. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED